UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JOE THORPE,
          Plaintiff,

v.                                          No. 5:21-cv-02102

TOWNSHIP OF SALISBURY,
PENNSYLVANIA, *et al.*,
          Defendants.

# O R D E R

**AND NOW**, this 22nd day of March, 2022, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED:**

1. The Clerk of Court is **DIRECTED** to correct the docket to reflect the correct spelling of the last name of Defendants Debra and Donald "Brinton."[1]

2. Plaintiff's Motion for a Preliminary Injunction, ECF No. 31, is **DENIED**.

3. Defendants Suhocki and Houck's Motion to Dismiss, ECF No. 36, is **GRANTED**. All claims against Defendants James Suhocki and Megan Houck, *aka* Megan Suhocki, are **DISMISSED without prejudice**.

4. Defendant Reihman's Motion to Dismiss, ECF No. 38, is **GRANTED**. All claims against Defendant Gregory Reihman are **DISMISSED without prejudice**.

5. Defendant Brinton's Motions to Dismiss, ECF Nos. 39-40, are **GRANTED**. All claims against Defendant Donald Brinton are **DISMISSED without prejudice**.

---

[1] The original Complaint incorrectly spelled the last name of Defendants Debra Brinton and Donald Brinton as "Britton." The Amended Complaint corrected this mistake, but the docket was not amended to reflect the correct spelling of these defendants as "Brinton."

6. Defendant Pochron's Motion to Dismiss, ECF No. 41, is **GRANTED**. All claims against Defendant Michael Pochron are **DISMISSED with prejudice** and this Defendant is **TERMINATED** as a party to this action.

7. Defendant Ashley's Motion to Dismiss, ECF No. 44, is **GRANTED in part**. All claims against Defendant John Ashley are **DISMISSED with prejudice** and this Defendant is **TERMINATED** as a party to this action.

8. The Motion for a More Definite Statement filed by Defendants the Township of Salisbury, Debra Brinton, Sandy Nicolo, and Daniel Sell, ECF No. 47, is **GRANTED in part**.

9. Defendants Milkovitz's Motion to Dismiss, ECF No. 49, is **GRANTED**. All claims against Defendants Michael Milkovitz and Joelle Milkovitz are **DISMISSED without prejudice**.

10. **On or before April 15, 2022,** Plaintiff shall file a second amended complaint including a more definite statement as to his claims against the Township of Salisbury, Debra Brinton, Nicolo, and Sell, and any claims that have been dismissed without prejudice which he intends to amend.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge