UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOE THORPE, : | |
|              Plaintiff, : | |
| : | |
|     v. : | No. 5:21-cv-2102 |
| : | |
| TOWNSHIP OF SALISBURY, : | |
| PENNSYLVANIA; SANDY NICOLO; : | |
| DANIEL SELL; and DEBRA J. BRINTON; : | |
|             Defendants. : | |

## **O R D E R**

**AND NOW**, this 25th day of September, 2023, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED:**

1. Defendants' Motion to Dismiss, ECF No. 73, is **GRANTED**.

2. All claims against all Defendants are **DISMISSED with prejudice**.

3. This case is **CLOSED**.

                                              BY THE COURT:

                                              */s/ Joseph F. Leeson, Jr.*_____
                                              JOSEPH F. LEESON, JR.
                                              United States District Judge